DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MINERVA MARIE MENDEZ,**
Appellant,

v.

**CONSIGNED COUTURE,**
Appellee.

No. 4D21-2188

[March 24, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Castor, Judge; L.T. Case No. 50-2016-CC-004622-XXXX-MB.

Minerva Marie Mendez, Royal Palm Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***